UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO SOTO, | No. 2:18-cv-0743 KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA HEALTH CARE FACILITY, | |
| Defendant. | |

By an order filed April 6, 2018, plaintiff was ordered to file an in forma pauperis affidavit or pay the requiring filing fees within thirty days and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.[1]

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

---

[1] On April 20, 2018, plaintiff submitted a number of exhibits, but none of the documents were responsive to the court's order.

1

| | |
|---|---|
| 1 | These findings and recommendations are submitted to the United States District Judge |
| 2 | assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days |
| 3 | after being served with these findings and recommendations, any party may file written |
| 4 | objections with the court and serve a copy on all parties.  Such a document should be captioned |
| 5 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the |
| 6 | objections shall be filed and served within fourteen days after service of the objections.  The |
| 7 | parties are advised that failure to file objections within the specified time may waive the right to |
| 8 | appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). |

Dated: May 15, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/soto0743.fifp